## Circuit Court Of The Eighteenth Judicial Circuit, County of DuPage

**Lyon Financial Services, Inc. dba US Bancorp Manifest Funding Services,**

Plaintiff(s),

vs.

**First Credit Services et al.,**

Defendant(s).

**Case No.: 09 MR 80**

**AFFIDAVIT OF SERVICE**

I, Jeremy Roberts, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years and not a party to this action.

On March 07, 2009 at 2:07 PM, I served the within Citation To Discover Assets, Exhibit A on Earl Shields in the following manner:

**Substitute Service:** By leaving a copy of the Citation To Discover Assets, Exhibit A at Earl Shields's usual place of abode, 1036 Sheringham Drive, Naperville, IL 60565, with his/her Daughter, Chloe Shields, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Citation To Discover Assets, Exhibit A.

Description of person process was left with:

Sex: **Female** – Skin: **Caucasian** – Hair: **Blonde** – Approx. Age: **16** – Height: **5'5"** – Weight: **110**

Under penalties as provided by law pursuant to Section 1–109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



X
Jeremy Roberts
License(s): 117–001101

United Processing, Inc.
162 W. Grand Ave.
Chicago, IL 60654
312.629.0140

**37715**

EXHIBIT A

**Statement of Account**

WILLIAM R SHIELDS

May 31, 2009
Total days in statement period: 19
(3 )

Direct Inquiries to:
Dial Tri-City (414-874-2489)

Tri City National Bank
5555 S 108TH St
Hales Corners  WI 53130

# Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Investor Checking | | $25,067.55 |

EXHIBIT B

**Statement of Account**

William R Shields

## Investor Checking

| | |
|---|---|
| Low balance | $25,056.66 |
| Avg collected balance | $27,898.00 |

3 Enclosures

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-13 | Beginning balance | | | $0.00 |
| 05-13 | Deposit | 31,056.66 | | 31,056.66 |
| 05-18 | Check 99 | | -3,000.00 | 28,056.66 |
| 05-26 | Check 1026 | | -3,000.00 | 25,056.66 |
| 05-31 | #Interest Credit | 10.89 | | 25,067.55 |
| 05-31 | **Ending totals** | **31,067.55** | **-6,000.00** | **$25,067.55** |

| Number | Date | Amount |
|---|---|---|
| 99 | 05-18 | 3,000.00 |
| 1026 * | 05-26 | 3,000.00 |

* Skip in check sequence

| | |
|---|---|
| Annual percentage yield earned | 0.75 % |
| Interest-bearing days | 19 |
| Average balance for APY | $27,898.77 |
| Interest earned | $10.89 |

| | |
|---|---|
| Return item fees for this statement period | $0.00 |
| Return item fees for this calendar year | $0.00 |
| Overdraft fees for this statement period | $0.00 |
| Overdraft fees for this calendar year | $0.00 |

Ck #: 99 - Amt: $3,000.00 - 05/18/2009



Ck #: 1026 - Amt: $3,000.00 - 05/26/2009



Amt: $31,056.66 - 05/13/2009

**Statement of Account**

WILLIAM R SHIELDS

June 30, 2009
Total days in statement period: 30
(4 )

Direct Inquiries to:
Dial Tri-City (414-874-2489)

Tri City National Bank
5555 S 108TH St
Hales Corners  WI 53130

# Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Investor Checking | | $4,699.86 |

**Statement of Account**

William R Shields

## Investor Checking

Low balance                  $4,692.85
Avg collected balance        $11,373.00

4 Enclosures

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-31 | Beginning balance | | | $25,067.55 |
| 06-02 | Check  1001 | | -3,000.00 | 22,067.55 |
| 06-03 | Debit Memo | | -5,020.00 | 17,047.55 |
| 06-16 | Check  1002 | | -10,300.00 | 6,747.55 |
| 06-17 | Check | | -2,054.70 | 4,692.85 |
| 06-30 | #Interest Credit | 7.01 | | 4,699.86 |
| 06-30 | **Ending totals** | **7.01** | **-20,374.70** | **$4,699.86** |

| Number | Date | Amount |
|--------|------|--------|
| 0 | 06-17 | 2,054.70 |
| 1001 | 06-02 | 3,000.00 |
| 1002 | 06-16 | 10,300.00 |

Annual percentage yield earned          0.75 %
Interest-bearing days                   30
Average balance for APY                 $11,373.36
Interest earned                         $7.01

Return item fees for this statement period    $0.00
Return item fees for this calendar year       $0.00
Overdraft fees for this statement period      $0.00
Overdraft fees for this calendar year         $0.00

Ck #: 0 - Amt: $2,054.70 - 06/17/2009



Ck #: 1001 - Amt: $3,000.00 - 06/02/2009



Ck #: 1002 - Amt: $10,300.00 - 06/16/2009

The image for this item is not available.

If you have questions regarding this item, please call our Customer Support at (414) TRI-CITY (874-2489).

Amt: $5,020.00 - 06/03/2009



## TRI CITY NATIONAL BANK
6400 S. 27th STREET, OAK CREEK, WISCONSIN 53154

### Checking Account Charge

**We have charged your checking account today for**

Wire transfer of $5,000.00 and wire transfer fee of $20.00

ACCOUNT NUMBER

TODAYS DATE
6/3/2009

BY: (USE FULL NAME)
Stuart Thomas

CUSTOMER'S NAME AND ADDRESS
William Shields

CHARGE AMOUNT
5020.00

828

**Tracer: 12002754 - Amt: $20.00 - 06/03/2009**

NextTran                  SOV
Customer:                          :ID
               $5,020.00    1 On US Chk
TR:48  2-207   06/03/09  10:44 AM

**Tracer: 12002754 - Amt: $20.00 - 06/03/2009**

# ⬤ TRI CITY NATIONAL BANK

### 5555 S. 108th Street, Hales Corners, WI 53130

July 29, 2009

William R Shields

Re: Deposit Transaction History for William R Shields

Below is a detailed report of the transactions that have been posted to your deposit account #          as of
July 29, 2009:

| Date | Check Number | Amount | Description | Balance | Status | Effective Date |
|------|-------------|--------|-------------|---------|--------|----------------|
| **07/27/2009** | | | **Daily Balance** | **99.86** | | |
| 07/27/2009 | 1004 | 1,600.00 | Check | 99.86 | | |
| **07/20/2009** | | | **Daily Balance** | **1,699.86** | | |
| 07/20/2009 | 1003 | 3,000.00 | Check | 1,699.86 | | |
| **06/30/2009** | | | **Daily Balance** | **4,699.86** | | |
| 06/30/2009 | | 7.01 | Interest credit | 4,699.86 | | |

If you have any questions, please give me a call at 414-425-3200 so I may further assist you.

Sincerely,
Tri City National Bank


Melissa Lueck
Senior Customer Service Representative

ORDER - BLANK                                                                                          2116 (Rev. 07/07)

**STATE OF ILLINOIS**              **UNITED STATES OF AMERICA**              **COUNTY OF DU PAGE**
                          **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Lyon Financial Services
Inc. D/b/a US Bancorp                    **CASE NUMBER**
Manifest Funding Services,                  09 MR 80
        PLAINTIFF
            VS.              Plaintiff,

First Credit ~~Existing~~
            Services, Inc
Liliana Shields     **DEFENDANT**
and Earl Shields                                                        File Stamp Here

**ORDER**

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED:**

1) That Earl Shields, having appeared in person at his continued citation to discover asset and having testified that he is expecting to receive tax refunds in ~~the~~ an amount of more than $100,000, shall turnover ~~such~~ any and all tax refunds from this date forward until the judgment is satisfied, by endorsing any checks made payable to him to "Lyon Financial Service, Inc." and remitting same to Akounis & Darcy, P.C., Attn: Alex Darcy, 401 N. Michigan Ave, Suite 550, Chicago, IL 60611; and

2) That this matter is entered and continued for Mr. Shields to provide Lyon with the names and addresses of his accountants ~~and~~ until October ~~20~~ 22, 2009 at 9:00 AM in Room 2007

3) This order shall remain in full force and effect even after Mr. Shields' citation is discharged

Name: Alex Darcy                    ☐ PRO SE          ENTER:
DuPage Attorney Number: 226659
Attorney for: Plaintiff
Address: 401 N. Michigan, Suite 350                   Bonnie M Wheaton
City/State/Zip: Chicago, IL 60611                          Judge
Telephone: (312) 984-2400              Date: 09/30/09

                                                                          EXHIBIT C
**CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©**
**WHEATON, ILLINOIS 60189-0707**

1

## TRANSCRIPT OF THE 341 MEETING
## OF DEBTOR EARL SHIELDS DATED FEBRUARY 16, 2010

2

3    **Trustee**: Ok for the record, this is the case of Earl Shields, 10-00943.  Counsel for the record, you

4    are?

5    **Counsel 1 [Counsel for Shields, Alonzo Zahour]**:Alonzo Zahour for Earl Shields, standing to my

6    left.

7    **Trustee:** Ok.

8    800 .... Dr. LLC

9    **Trustee:** I assume you're related to Roy?

10   **Earl Shields:** Yes, he's my brother.  Older brother.

11   **Trustee:** You, ma'am are?

12   **Counsel 2 [Counsel for Creditor]:** Melanie Pennycaff on behalf of Creditor Bob Kashun.

13   **Counsel 3 [Counsel for Creditor Lyon Financial Services, Inc.]:** And Randall Woolley on behalf

14   of Lyon Financial Services.

15   **Trustee:** Ok well, one of you can sit.  Ma'am.  Ok.  Mr. Shields, would you raise your right hand

16   please?  Do you solemnly swear to tell the truth, the whole truth, and nothing but the truth?

17   **Shields:** I do.

18   **Trustee:** Thank you.  I don't want this.  Let me see, ok I have social security card that matches the

19   petition, ID that matches the Debtor.  In front of you is what's called the Declaration regarding

20   electronic filing.  This is a certification to the Court of two things.  One, that you authorized the case

21   filing in the first place.  And two, that the information you submitted in your various bankruptcy

22   papers is accurate and complete.  Is that your signature at the bottom?

23   **Shields:** It is.

24   **Trustee:** Did you read over your bankruptcy papers before you signed this?

25   **Shields:** Yes I did.

26   **Trustee:** Have you listed everything that you own in those papers?

27   **Shields:** Yes I did.

28   **Trustee:** And all the people that you owe money to?

EXHIBIT D

1   **Shields:** I believe I did, yes.

2   **Trustee:** Ok. Do you still live... oh, let me get this to the right page.  Do you still live at 1036

3   Sheringham in Naperville?

4   **Shields:** Correct.

5   **Trustee:** And just so I get the players correct, are you currently married?

6   **Shields:** No.

7   **Trustee:** Divorced?

8   **Shields:** Yes.

9   **Trustee:** How long?

10   **Shields:** Since last March.

11   **Trustee:** Now Sheringham.  Was this a marital home?

12   **Shields:** Correct.

13   **Trustee:** And pursuant to the divorce decree, who got it?

14   **Shields:** I did.

15   **Trustee:** You got that.  Ok.  So what did your wife, or ex-wife get out of the divorce?

16   **Shields:** Um, there's nothing left in order to get.  Um she has the other house, but it's so far upside-

17   down that there's nothing to get.

18   **Trustee:** Would that be Hazel?

19   **Shields:** Correct.

20   **Trustee:** So, did you actually put claim Hazel to her?

21   **Shields:** I never signed any papers thusfar.

22   **Trustee:** Ok.  So at the moment, Hazel's jointly owned?

23   **Shields:** Correct.

24   **Trustee:** And Sheringham, is that jointly owned too?

25   **Shields:** It's um actually I believe in her name for the primary and the secondary is in both of our

26   name.  Um as a line of credit.

27   **Trustee:** But the actual title to the property is in whose name?

28   **Shields:** It would be in her name.

1   **Trustee:** Is in her name?

2   **Shields:** Correct.

3   **Trustee:** So Sheringham is in her name but you're supposed to get it.  Hazel is in both of your

4   names, and she's supposed to get it.

5   **Shields:** Correct.

6   **Trustee:** Now you say Sheringham is worth $350,000.  How did you conclude that?

7   **Shields:** Through umm comps.

8   **Trustee:** Are you in the business?

9   **Shields**: No.

10   **Counsel 1:** We also did this as a little precedent. Understand.

11   **Trustee:**  And it's way... And you owe $698,000?

12   **Shields:** Correct.

13   **Trustee:** So at some point in time it must've appraised for considerably more than $350,000,

14   correct?

15   **Shields:** Um it would've appraised at approximately, right around $500,000, but it's the third

16   mortgage is a line of credit on the business, so they just dumped it on there, so.

17   **Trustee:** Did they dump it on both properties or just that one?

18   Shields: Just that one.

19   **Counsel 1:** It's in foreclosure, correct?

20   **Shields:** Correct.

21   **Trustee:** And I assume then your intention is to render it?

22   **Shields:** Correct.

23   **Trustee:** Who's foreclosing?

24   **Shields:** Chase.

25   **Trustee:** Is that the first?

26   **Shields**: Correct.

27   **Trustee:** And the third?

28   **Shields:** And the second.

1   **Trustee:** And the second.

2   **Shields:** All three.

3   **Trustee:** So they're all with Chase, and they're all in foreclosure? Ok now WaMu has the mortgage

4   on Hazel.  Is that also in foreclosure?

5   **Shields:** Correct.

6   **Trustee:** And you don't believe Hazel is worth more than the amount on the mortgages?

7   **Shields:** Not even close.

8   **Trustee:** And neither you, nor your ex-spouse intend to pay for it?

9   **Shields:** Correct.

10   **Trustee**: Or could pay for it even if you wanted to.

11   **Shields:** Also correct.

12   **Trustee:** Now your currently unemployed?

13   **Shields:** Correct.

14   **Trustee:** Does your ex work?

15   **Shields:** Um, no she doesn't.  She filed bankruptcy.  She's going to school for to umm...

16   **Trustee:** Now, so Hazel you're both letting go to?

17   **Shields:** Correct.

18   **Trustee:** How did you, what did you used to do that sort of earned the kind of money it would take

19   to acquire these kinds of homes?

20   **Shields:** I was in charge of a collection agency, and I owned 49% of the collection agency.

21   **Trustee:** What's the name of the collection agency?

22   **Shields:** First Credit Services.  It has since filed bankruptcy.

23   **Trustee:** You were the... how much did you own?

24   **Shields:** Pardon me?

25   **Counsel 1:** Brenda, was it Brenda?

26   **Shields:** Correct.

27   **Counsel 1:** Brenda was the Trustee.

28   **Trustee:** She filed in the last one for?

1   **Counsel 1:** I wasn't the attorney for the corporate bankruptcy.

2   **Trustee:** Did she find any assets in it?

3   **Shields:** No, there's nothing.

4   **Trustee:** Um, how much of that did you own?

5   **Shields:** 49 percent.

6   **Trustee:** Who owned the 51?

7   **Shields:** She did.

8   **Trustee:** Your wife?

9   **Shields**: Correct.

10  **Trustee:** Must've been pretty lucrative for a time.

11  **Shields:** When I was in charge.

12  **Trustee:** When did she get to be in charge?

13  **Shields:** 9-11-07.

14  **Trustee:** Is there any particular significance to the fact that it was 9-11?

15  **Shields**: That's when she stormed the place like the gustaple, and she took over and that was the end.

16  **Trustee:** When did you purchase Hazel Court?

17  **Shields:** I believe in '05.

18  **Trustee:** And what was the intention?  I mean, were you going to move out of Sherington into
19  Hazel, or what was the plan?

20  **Shields:** I was thinking about actually using it as rental property.

21  **Trustee:** Hazel?

22  **Shields:** No, not Hazel.  Sheringham.

23  **Trustee:** But even, how could it possibly cash flow as rental property with those kinds of numbers?

24  **Shields:** I wasn't counting the business lines of credit and so forth as it was selling $2,200 a month
25  as far as the mortgage goes.

26  **Trustee:** For $400,000 worth of mortgage?

27  **Shields:** I think it's like $200 and some change.  About $250 if I'm not mistaken at a 4. whatever...

28  **Trustee:** That's the first?

1    **Shields:** Correct.

2    **Trustee:** What about the second?

3    **Shields:** The second was a line of credit that was the business, so I didn't consider that to be...

4    **Trustee:** What was the third?

5    **Shields:** And that was the business as well.

6    **Trustee:** But you still had money to pay those. Were those being paid by the business?

7    **Shields:** They were being paid by the business. Correct.

8    **Trustee:** So if you only had to pay the first and the taxes which should've been fairly substantial too,

9    you still thought it could cash flow?

10   **Shields:** It was total $2200 including taxes.

11   **Trustee:** But you did live there prior?

12   **Shields:** Yes.

13   **Trustee:** And then you were going to move into Hazel?

14   **Shields:** Correct.

15   **Trustee:** Now, did you get a tax refund in November of this past year?

16   **Shields:** I did.

17   **Trustee:** $77,000?

18   **Shields:** That is correct.

19   **Trustee:** And what happened to the $77,000?

20   **Shields:** I spent it.

21   **Trustee:** On?

22   **Shields:** Um, I went to Harrah's, and I spent most of it.

23   **Trustee:** So when you say spent, you mean you gambled it away?

24   **Shields:** Correct.

25   **Trustee:** Do you have any way of substantiating it?

26   **Shields:** Um, there was five different people with me.

27   **Trustee:** Do you have receipts from Harrah's?

28   **Shields:** They didn't give me a receipt. I never asked for a receipt.

1 | **Trustee:** Now this tax refund.  Now back, how long have you been divorced?

2 | **Shields:** Since last March.

3 | **Trustee:** So the tax refund, wouldn't some of it have belonged to your ex?

4 | **Shields:** Actually, the tax refund would be consistent with half of the amount of moneys in question.

5 | **Trustee:** So she got $77,000 too?

6 | **Shields:** No, she never filed.

7 | **Trustee:** Oh, so you filed individually?

8 | **Shields:** I filed I filed individually, yes.

9 | **Trustee:** Ok.  So you got $77,000 refund.  You gambled it away in what appears to be a relatively
10 | short period of time.

11 | **Shields:** Correct.

12 | **Trustee:** So you didn't pay back any debts, you didn't do anything else useful for it?

13 | **Shields:** No.

14 | **Trustee:** Now, do you expect to get a refund for this past year?  '09?

15 | **Shields:** I believe that um, that was part of the filing, or wait.

16 | **Counsel 1:** He's talking '09.  Just

17 | **Shields:** No, I haven't even.  I have no idea what amount it's going to be.

18 | **Trustee:** Well, did you make any money in '09?

19 | **Shields:** No.

20 | **Trustee:** Did you pay any estimated taxes in '09?

21 | **Shields:** No.

22 | **Trustee:** Then it's fair to assume you won't be getting a refund.  What is MTD Asset Services?

23 | **Shields:** That's a company I just created as an LLC.

24 | **Trustee:** Are you the sole member?

25 | **Shields:** Correct.

26 | **Trustee:** Is it active?

27 | **Shields:** It is active.

28 | **Trustee:** Active doing what?

1  **Shields:** Um, I was trying to get a job and trying to do some things. I've not made any revenue

2  whatsoever, so it's just a company that was for a project that never came to for wishing.

3  **Trustee**: If this company were active, what would it be doing?

4  **Shields:** Uh, would've been like a sales consulting.

5  **Trustee:** Now, on all these debts that are listed as business debts, these are all out of the collection

6  agency?

7  **Shields**: Correct.

8  **Trustee**: How about Broyd & Associates Attorneys? Is that divorce attorneys, or is that uhh

9  business?

10  **Shields:** Broyd is both because he was representing me against my ex-wife as a shareholder.

11  **Trustee:** Who's Henrietta Shields?

12  **Shields:** That's my mother.

13  **Trustee:** Did you ever pay her back any moneys that she lent you?

14  **Shields:** No.

15  **Trustee:** No.

16  **Shields:** Not yet.

17  **Trustee:** And LM Development, they were another business lease?

18  **Shields:** LM Development was a situation that I entered into a property. Judge Wheaton, while we

19  were going through this, made the comment that I do believe fraud was committed. And because

20  of the situation where money was not available in order to pursue LM Development and my ex-

21  partner may have since acquired a judgment against me.

22  **Trustee:** Ok, basically I think you've just said absolutely nothing. I mean that basically...

23  **Shields:** Ok, well it's...

24  **Counsel 1:** You don't understand the question. What was the debt, how did LM Development's debt

25  arise? What did you do to cause the debt?

26  **Shields:** I entered into an Agreement that was fraudulent in nature.

27  **Trustee:** And what was the deal?

28  **Shields**: It was a situation where I put down $400,000 into a building and my ex-salesperson was

1   a partners in this.  Um, I did not have representation.  I had my ex-salesperson's attorney as

2   representation.  Um and it just gets more convoluted after that.

3   **Counsel 1:** Did you buy something?

4   **Shields:** The building, 800 Springer Drive.

5   **Counsel 1:** Ok, and you bought it with your investment?

6   **Shields:** Correct.

7   **Trustee:** So you and LM together bought this building?

8   **Shields:** Correct.  Called ESRK.

9   **Trustee:** What does ESRK stand for?

10   **Shields:** It was the LLC that my ex-salesperson and myself created through this occurring.

11   **Trustee:** So you created ESRK to buy a building.

12   **Shields:** Correct.

13   **Trustee:** With D and M?  Whatever the

14   **Shields:** LM?

15   **Trustee:** LM?  With LM.  Is that what you're saying?

16   **Shields:** That's part of the situation.  Their name changed before the closing, and once again, it's

17   a rather convoluted story, but at the end of the day, I did not have the moneys in order to continue

18   pursuing it.

19   **Trustee:** Ok back up.  I'm trying to get this transaction thing.  So you have this ESRK Partners.  ES

20   being you, RK being Robert Kashun?

21   **Counsel 1:** No.  Rudy Nepper.

22   **Trustee:** Rudy Nepper?  Who's Rudy Nepper?

23   **Shields:** My ex-salesperson that started a business which started all of this.

24   **Trustee:** Ok.  So you and Rudy started an LLC, you were gonna buy a building along with LM?

25   **Shields:** Correct.

26   **Trustee:** In some point of joint venture.  Did this venture have a name itself?

27   **Shields:** ESRK.

28   **Trustee:** ES... so ESRK was half LM and half...?

1    **Shields:** No, no. ESRK was half the building.

2    **Trustee:** Right.

3    **Shields:** LM Development was

4    **Trustee:** Was half the building, but...

5    **Counsel 1:** 800 Springer Drive, LLC is the interest...

6    **Trustee:** 800 Springer Drive, LLC.

7    **Counsel1:** Yes, and the members of that include ESRK, LM Development, and a guy named Wilson.

8    **Trustee:** Wilson?

9    **Counsel 1:** Yeah. He owned 5 percent.

10    **Trustee:** Just Mr. Wilson. So was it 47 and a half, 47 and a half, and 5?

11    **Counsel 1:** Uh, I think ESRK was 50, I think LM Development was 45, and Wilson was 5.

12    **Trustee:** What happened with the building? Is the building still there?

13    **Counsel 1:** Yes.

14    **Trustee:** And it's still owned by 800 Springer Drive, LLC?

15    **Shields:** That's correct.

16    **Trustee:** And the building's occupato?

17    **Shields:** Part of it is, yes.

18    **Trustee:** Is it an office building?

19    **Counsel 1:** Yes. His entity eventually changed its name to Integrated Portfolio Management. They

20    had about 23,000 square feet there.

21    **Trustee:** When you say, so First Credit Services became IPM?

22    **Shields:** Yes.

23    **Trustee:** Ok. And they occupied part of the building?

24    **Shields:** Yup.

25    **Trustee:** And then there were other tenants?

26    **Counsel 1:** Uh, yes, at least one I think.

27    **Trustee:** Now what's the status of the building itself?

28    **Counsel 1:** The building exists.

1  **Trustee:** I mean, is it in foreclosure?

2  **Counsel 1:** No, I don't believe so.

3  **Trustee:** Is it paying for itself?

4  **Counsel 1:** I think so.

5  **Trustee:** Who's funding the shortfall?

6  **Counsel 1:** Well, I think they have kind of loans and lines of credit.

7  **Trustee:** Is it for sale?

8  **Counsel 1:** Uh, that I couldn't tell you.  I don't really know.

9  **Trustee:** Who's managing the LLC?  Who's the manager of the LLC?

10  **Counsel 1:** LM Development.

11  **Trustee:** So as an entity it's doing the management.

12  **Counsel 1:** Right.

13  **Trustee:** Ok.  Now what has happened to Rudy Nepper?

14  **Shields:** He started his own company by hacking into our system.  Four people are indicted here in

15  DuPage County.  Um, his employees...

16  **Trustee:** For?

17  **Shields:** Um, stealing information, um, hacking into... we had the uh.... FBI, the Secret Service

18  involved.  We had um... it was given to the Illinois forensic group, and uh DuPage County decided

19  to pursue criminal charges against these four individuals.

20  **Trustee:** Including him?  Including Rudy?

21  **Shields:** No, Rudy was not there at the time.

22  **Trustee:** So he was exonerated?

23  **Shields:** Something like that.

24  **Trustee:** Ok, what is Yagoot, Ltd.?

25  **Shields:** What?

26  **Trustee:** Y-a-g-o-o-t-L-t-d.  Have you ever heard of that?

27  **Shields:** No.

28  **Trustee:** Jacques Woodford Company, Inc.?  You ever heard of that?

1   **Shields:** No.

2   **Trustee:** Stanley Weinberg & Associates?

3   **Shields:** That was our d/b/a from First Credit Services, and IPM.

4   **Trustee:** So all those three names are the same thing.

5   **Shields:** First Credit Services,

6   **Trustee:** Stanley Weinberg and IPM are all the same company.

7   **Shields:** It was... the d/b/a was Stanley Weinberg for both companies. She changed the name.

8   **Trustee:** Is there actually a person named Stanley Weinberg?

9   **Shields:** No.

10   **Trustee:** Just sort of came up with that cause it sounded...

11   **Shields:** It was my collection name.

12   **Trustee:** So, Kashun. Now, what did he put his money into?

13   **Shields:** He put his money into the trust account of the business.

14   **Trustee:** Why? Was he involved in the business?

15   **Shields:** No.

16   **Trustee:** When you say "the business," what business?

17   **Shields:** First Credit Services.

18   **Trustee:** So why did he do that?

19   **Shields:** He did that because I asked him to borrow funds for the business.

20   **Trustee:** So why did it go in the trust account? I mean, what good would it do to business if it's

21   sitting in a trust account?

22   **Shields:** Um, it... we found because of the people that hacked into the system um, we didn't find this

23   out till months later, but um the people that hacked into the system um, gave um, erroneous

24   information to me in reference to what the trust account numbers would be. Um, they bef..., the

25   operations people befriended the individuals in accounting as well as in the uh the individuals that...

26   **Trustee:** So is there a shortfall on that account?

27   **Shields:** Correct.

28   **Trustee:** So he loaned money to the company to bring the trust account back up to the level it should

1   be at?

2   **Shields:** Correct.

3   **Trustee:** Was he repaid any money?

4   **Shields:** I was in charge at the time, and I was starting to pay him back.

5   **Trustee:** Out of the company?

6   **Shields:** Correct.

7   **Trustee:** And then came 9-11?

8   **Shields:** Correct.

9   **Trustee:** And after that, what happened?

10  **Shields:** After that, I was trying to um, get back the company, the judge, and um, the divorce court

11  decided that it was status quo the way that it was. Um, which was not the case, and so um, rather

12  than to align ourselves, both my brother and myself, in order to remove, well they decided to allege

13  fraud and all these different things. Um, so with that in mind, I suggested he actually go after the

14  building and lien up the building that Rudy and Stalin have taken. The person that, the attorney, that

15  would be very familiar with that would be Fred Roth. He has all the notes, and...

16  **Trustee:** What do you mean Rudy has taken the building?

17  **Shields:** Well, they've taken the particular building from me.

18  **Trustee:** Does, you're talking Springer Drive?

19  **Shields:** The ESRK, as well as... through ESRK... Springer Drive. Correct.

20  **Trustee:** Now, ESRK, is that a 50/50 LLC?

21  **Shields:** It was drawn up by the attorney for...

22  **Trustee:** Is that 50/50.

23  **Shields:** It was 50/50, but it was supposed to be a loan that, and I have documents showing that.

24  **Trustee:** Alright. I'm going to have to send you a massive document list, and we're going to have

25  to continue this to a date when I have a whole heck of a lot more time because this is all far too

26  complicated, and I have far too many people sitting out there, and far too little brain cells to possibly

27  understand what all this is about. Did you also ever own a Lambrogini?

28  **Shields:** I owned several Lambroginis.

1  **Trustee**: Oh.  Excuse me.

2  **Shields**: No, that's fine.

3  **Trustee**: Was one of them a 2008?

4  **Shields**: It was.

5  **Trustee**: What happened to it?

6  **Shields**: Um, sold it.  Sold them both the same day to the dealer.

7  **Trustee**: When was that?

8  **Shields**: Right before 9-11.

9  **Trustee**: That was '07?

10  **Shields**: Correct.

11  **Trustee**: How much'd you get?

12  **Shields**: I believe $300,000.  Somewhere in that bracket.

13  **Trustee**: And what happened to the $300k?

14  **Shields**: It was in the account, um, in the business account.

15  **Trustee**: And by business, you mean the collection agency?

16  **Shields**: Correct.

17  **Trustee**: Alright.

18  **Shields**: It was in the operating account.

19  **Trustee**: Is there anything else that anybody has a pressing need to ask at this moment?

20  Counsel 4: Uh, just one thing.  Your wife testified in a 2004 exam connected with the bankruptcy

21  of IPM that you were in business with Steven Cusik in Pennsylvania at a collection agency, is that

22  true?

23  **Shields**: No.

24  **Counsel 4**: Did you take the phone system out of interference before

25  **Shields**: No.

26  **Counsel 2**: I've got nothing pressing.

27  **Counsel 3**: Just real quick, when you spent the tax refund or whatever, there was a court order

28  requiring you to turn over that money pursuant to a citation against Lyon, or Lyon Financial

1    Services's Citation to Discover Assets.  You learned that there was a turnover order dated September

2    30, 2009?

3    **Shields**: I thought it would be turned over because I found that the service of process, um, was not

4    correct.  And I hired an attorney in Minnesota in order to vacate the particular judgment which

5    should've happened.

6    **Counsel 3**: And the Motion to Vacate the judgment was denied though?

7    **Shields**: But at the same time...

8    **Trustee**: Just answer the question, was the motion to...

9    **Shields**: Correct.

10    **Counsel 3**: That's it.

11    **Trustee**: Alrighty.  So I am going to get out a request.

12    **Shields**: Ok.

13    **Trustee**: I will wait till I get a response to the request and send that a continued meeting at my office

14    which is mercifully right down the street from this office, unless Carl wants to lend me his...

15    **Carl**: Sure.

16    **Trustee**: And um everybody can just keep in touch.

17

18                                    END OF TRANSCRIPT

19

20

21         I, Haden Oswalt, a non-attorney, do hereby certify that the statements set forth in this
     instrument are the true, correct, faithful and complete transcript of the audio recording of the 341
22    meeting held on February 16, 2010 regarding the debtor Earl Shields.

23                                                        Haden Oswalt

24

25    Subscribed and sworn to me on
     this the 9th day of April, 2010.

     OFFICIAL SEAL
     ALLYSON PETERSEN
     Notary Public - State of Illinois
     My Commission Expires Jul 29, 2012

26

27    NOTARY PUBLIC

28